# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NDUBUISI IWUOHA | * | |
| v. | * | Civil No. – JFM-17-316 |
| JP MORGAN CHASE BANK, ET AL. | * | |

## MEMORANDUM

Defendants have filed motions to dismiss the original complaint filed against them. Plaintiff has opposed the motions and has filed a motion to amend his complaint. Defendants' motions will be granted and plaintiff's motion will be denied.

Plaintiff asserts claims for breach of contract, fraud, violation of the Maryland Consumer Protection Act and discrimination. His claims are barred by limitations as to the claims asserted against Select Portfolio Servicing, Inc., and by the statute of frauds as to the claims asserted against Select Portfolio Servicing, Inc. and JP Morgan Chase Bank, N.A.

Plaintiff's motion for leave to file first amended complaint is denied as futile. It does not correct the errors filed in the original complaint.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: July 12, 2017

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2017 JUL 12 AM 11:52
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND